In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-08-026 CV


____________________



CHRISTINA MCKINLEY, Appellant



V.



JOHN MCKINLEY, Appellee






On Appeal from the 9th District Court


Montgomery County, Texas


Trial Cause No. 06-02-01990 CV






 MEMORANDUM OPINION


 Christina McKinley perfected an appeal from a decree of divorce but failed to file a
brief. On June 6, 2008, we notified the parties that the brief had not been filed and warned
that failure to file a brief could result in a dismissal for want of prosecution. On July 8, 2008,
we notified the parties that the appeal would be advanced without oral argument. See Tex.
R. App. P. 39.9. In the absence of a brief assigning error, we dismiss the appeal for want of
prosecution. Tex. R. App. P. 38.8(a)(1).

 APPEAL DISMISSED.

 ____________________________

 HOLLIS HORTON

 Justice


Submitted on July 29, 2008

Opinion Delivered August 14, 2008

Before Gaultney, Kreger, and Horton, JJ.